**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Anthony Devero  
       Lakeisha S. Devero aka Lakiesha S. Graham

CHAPTER 13

BKY. NO. 20-10587 JKF

Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

                                    Respectfully submitted,  
                                    **/s/ Rebecca A. Solarz Esquire**  
                                    Rebecca A Solarz, Esquire  
                                    Kevin G. McDonald, Esquire  
                                    KML Law Group, P.C.  
                                    701 Market Street, Suite 5000  
                                    Philadelphia, PA 19106-1532  
                                    (215) 627-1322