**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Anthony Devero<br>      Lakesha S. Devero aka Lakiesha S. Graham | CHAPTER 13<br><br>BKY. NO. 20-10587 JKF |
| Debtor(s) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                    Respectfully submitted,
                                    **/s/ Rebecca A. Solarz Esquire**
                                    Rebecca A Solarz, Esquire
                                    Kevin G. McDonald, Esquire
                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 627-1322