## AFFIDAVIT OF ANTHONY DEVERO

RE:   ANTHONY DEVERO
      Bankruptcy No. 20-10587

I hereby state that I did not receive income 60 days prior to filing my Chapter 13 case; therefore, I am not required to file pay advices.

To the best of my knowledge, the information shown above is true and correct.

_____
Anthony Devero

3/10/20
_____
Date

## AFFIDAVIT OF LAKESHA DEVERO

RE:  LAKESHA DEVERO
 Bankruptcy No. 20-10587

I hereby state that the only income I received 60 days prior to filing my Chapter 13 case was Disability; therefore, I am not required to file pay advices.

To the best of my knowledge, the information shown above is true and correct.

_____
Lakesha Devero

3-10-2020
Date