IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | ANTHONY DEVERO | : | CHAPTER 13 |
| | LAKESHA DEVERO | : | |
| | | : | |
| | DEBTOR | : | BANKRUPTCY No. 20-10587AMC |

**ORDER TO ALLOW COUNSEL FEES**

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $ 4,500.00 |
| Total expense cost: | $    20.00 |
| Attorney fee already paid by Debtor | $   500.00 |
| Net amount to be paid by Trustee | $ 4,020.00 |

The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN

**Date: July 30, 2020**

Dated: