# UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania

In re: Lakesha S Devero

Case # 20-10587

Claim # 14

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

PLEASE TAKE NOTICE THAT, pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Midland Credit Management, Inc. as agent for Midland Funding hereby withdraws Proof of Claim number 14 dated March 18, 2020.

Dated: January 13, 2022

/s/ Joe Raymond
Lead Bankruptcy Specialist
Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090
Phone: 877-495-2902
Fax: 866-818-1718
Email: bankruptcydm@mcmcg.com