| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 20-10587-AMC**

Anthony Devero
Lakesha S. Devero
3843 Albemarle Avenue
Drexel Hill  PA    19026

Petition Filed Date: 01/30/2020
341 Hearing Date: 03/13/2020
Confirmation Date: 07/29/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/05/2023 | $250.00 | | 10/02/2023 | $250.00 | | 11/06/2023 | $250.00 | |
| 12/04/2023 | $250.00 | | 01/03/2024 | $250.00 | | 02/05/2024 | $250.00 | |
| 03/05/2024 | $250.00 | | 04/01/2024 | $250.00 | | 05/06/2024 | $250.00 | |
| 06/04/2024 | $250.00 | | 07/01/2024 | $250.00 | | | | |

**Total Receipts for the Period: $2,750.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $13,505.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Anthony Devero | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA) NA »» 001 | Unsecured Creditors | $4,642.47 | $116.12 | $4,526.35 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $4,136.53 | $103.47 | $4,033.06 |
| 3 | PHILADELPHIA GAS WORKS »» 003 | Unsecured Creditors | $245.98 | $0.00 | $245.98 |
| 4 | CAPITAL ONE BANK (USA) NA »» 004 | Unsecured Creditors | $121.95 | $0.00 | $121.95 |
| 5 | PINNACLE CREDIT SERVICES LLC »» 005 | Unsecured Creditors | $236.09 | $0.00 | $236.09 |
| 6 | SANTANDER CONSUMER USA INC »» 006 | Unsecured Creditors | $18,715.41 | $468.13 | $18,247.28 |
| 7 | UNITED STATES TREASURY (IRS) »» 07P | Priority Crediors | $770.51 | $770.51 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS) »» 07U | Unsecured Creditors | $465.57 | $0.00 | $465.57 |
| 9 | COMCAST INC »» 008 | Unsecured Creditors | $582.52 | $0.00 | $582.52 |
| 10 | POLICE & FIRE FCU »» 009 | Unsecured Creditors | $959.22 | $18.42 | $940.80 |
| 11 | POLICE & FIRE FCU »» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | CAPITAL ONE BANK (USA) NA »» 011 | Unsecured Creditors | $584.28 | $0.00 | $584.28 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $417.47 | $0.00 | $417.47 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES »» 013 | Unsecured Creditors | $416.25 | $0.00 | $416.25 |

**Chapter 13 Case No. 20-10587-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 15 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 014 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR »» 15S | Secured Creditors | $122.88 | $122.88 | $0.00 |
| 17 | QUANTUM3 GROUP LLC AS AGENT FOR »» 15U | Unsecured Creditors | $113.37 | $0.00 | $113.37 |
| 18 | QUANTUM3 GROUP LLC AS AGENT FOR »» 16S | Secured Creditors | $209.44 | $209.44 | $0.00 |
| 19 | QUANTUM3 GROUP LLC AS AGENT FOR »» 16U | Unsecured Creditors | $271.56 | $0.00 | $271.56 |
| 20 | QUANTUM3 GROUP LLC AS AGENT FOR »» 17S | Secured Creditors | $307.41 | $307.41 | $0.00 |
| 21 | QUANTUM3 GROUP LLC AS AGENT FOR »» 17U | Unsecured Creditors | $273.15 | $0.00 | $273.15 |
| 22 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 018 | Unsecured Creditors | $1,001.98 | $19.24 | $982.74 |
| 23 | JEFFERSON CAPITAL SYSTEMS LLC »» 019 | Unsecured Creditors | $1,302.88 | $32.60 | $1,270.28 |
| 24 | JEFFERSON CAPITAL SYSTEMS LLC »» 020 | Unsecured Creditors | $1,228.89 | $16.48 | $1,212.41 |
| 25 | JEFFERSON CAPITAL SYSTEMS LLC »» 021 | Unsecured Creditors | $837.16 | $16.09 | $821.07 |
| 26 | AT&T MOBILITY II LLC C/O AT&T SERVICES »» 021 | Unsecured Creditors | $1,669.56 | $41.77 | $1,627.79 |
| 27 | WELLS FARGO BANK NEVADA NA »» 023 | Unsecured Creditors | $564.28 | $0.00 | $564.28 |
| 28 | MIDFIRST BANK NKA MIDLAND MRTG »» 024 | Mortgage Arrears | $5,914.93 | $5,914.93 | $0.00 |
| 0 | ZACHARY PERLICK ESQ | Attorney Fees | $4,020.00 | $4,020.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,505.00 | Current Monthly Payment: | $250.00 |
| Paid to Claims: | $12,177.49 | Arrearages: | ($5.00) |
| Paid to Trustee: | $1,189.65 | Total Plan Base: | $15,000.00 |
| Funds on Hand: | $137.86 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.