Certificate Number: 14424-PAE-DE-039229397

Bankruptcy Case Number: 20-10587



14424-PAE-DE-039229397

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 10, 2025, at 3:27 o'clock PM EST, Anthony Devero completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 10, 2025

By: /s/Mabelyn Ramirez

Name: Mabelyn Ramirez

Title: Instructor