Certificate Number: 14424-PAE-DE-039229824

Bankruptcy Case Number: 20-10587



14424-PAE-DE-039229824

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 10, 2025, at 3:27 o'clock PM EST, Lakesha Devero completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 10, 2025                    By:    /s/Mabelyn  Ramirez

Name:  Mabelyn  Ramirez

Title:   Instructor