United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10587-amc |
| Anthony Devero | Chapter 13 |
| Lakesha S. Devero | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 10, 2025 | Form ID: 138OBJ | Total Noticed: 49 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony Devero, Lakesha S. Devero, 3843 Albemarle Avenue, Drexel Hill, PA 19026-2801 |
| 14459843 | + | AT&T, 32 Avenue of the Americas, New York, NY 10013-2473 |
| 14459842 | | Aqua PA, 752 W. Lancaster Ave, Clifton Heights, PA 19018 |
| 14459846 | + | Diversified Consultants, 10550 Deerwood Park Blvd. 309, Jacksonville, FL 32256-2805 |
| 14459847 | + | E-ZPassCustomer Service Center, POB 15185, Albany, NY 12212-5185 |
| 14459849 | + | Furniture Mecca, 101 E. Venango Street, Philadelphia, PA 19134-1022 |
| 14465566 | + | Great Eastern Resort Corporation, 2030 Deyerle Ave, Harrisonburg, VA 22801-3489 |
| 14459851 | + | Jefferson Capital Systems, LLC, c/o Hayt, Hayt & Landou, LLC, Meridian Center I, 2 Industrial Way West, Eatontown, NJ 07724-2265 |
| 14481426 | + | MIDFIRST BANK, C/O Rebecca A. Solarz, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14459853 | | Main Line Health, POB 780163, Philadelphia, PA 19178-0163 |
| 14459857 | + | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14459859 | + | Portnoff Law Assoc., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14459860 | + | Professional Account Management, 633 W. Wisconsin Ave., Milwaukee, WI 53203-1920 |
| 14459861 | + | QVC, c/o GC Services, 600 Pennsylvania Ave., NW, Washington, DC 20580-0001 |
| 14465581 | + | Sarah Hicks, via PASCDU, 25 S. Front St, Harrisburg, PA 17101-2081 |
| 14459862 | + | Upper Darby Township, 100 Garrett Rd., Upper Darby, PA 19082-3135 |
| 14688811 | + | Upper Darby Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14688810 | + | Upper Darby Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14459864 | + | Wells Fargo Bank, MAC F8235-040, POB 5129, Des Moines, IA 50305 |
| 14459865 | + | Woodstone Timeshare Owners Association, POB 1227, Harrisonburg, VA 22803-1227 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 11 2025 01:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 11 2025 01:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14489296 | + | Email/Text: g17768@att.com | Apr 11 2025 01:23:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14459841 | + | Email/Text: bankruptcy@rentacenter.com | Apr 11 2025 01:23:00 | Acceptance Now, 5501 Headquartes, Plano, TX 75024-5837 |
| 14478640 | + | Email/Text: documentfiling@lciinc.com | Apr 11 2025 01:23:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |

Case 20-10587-amc    Doc 67    Filed 04/12/25    Entered 04/13/25 00:32:33    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 10, 2025 | Form ID: 138OBJ | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| 14459844 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2025 01:26:01 | Capital One, P.O. Box 85617, Richmond, VA 23276-0001 |
| 14465483 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 11 2025 01:39:05 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14459845 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 11 2025 01:23:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14459850 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 11 2025 01:23:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14487127 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 11 2025 01:23:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14459852 | ^ | MEBN | Apr 11 2025 01:22:01 | Jefferson Health, POB 785992, Philadelphia, PA 19178-5992 |
| 14492757 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 11 2025 01:26:01 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14485061 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 11 2025 01:23:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14459854 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 11 2025 01:23:00 | Midland Funding, LLC, Daniel J. Santucci, Esquire, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 14465572 | ^ | MEBN | Apr 11 2025 01:21:59 | Midland Mortgage, POB 268806, Oklahoma City, OK 73126-8806 |
| 14459855 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 11 2025 01:23:00 | Nationstar Mortgage, d/b/a Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14467218 | ^ | MEBN | Apr 11 2025 01:21:45 | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14459856 | ^ | MEBN | Apr 11 2025 01:21:48 | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14481864 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 11 2025 01:40:10 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14468862 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2025 01:26:36 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14465576 | | Email/Text: bankruptcy1@pffcu.org | Apr 11 2025 01:23:00 | Police & Fire Federal Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14479931 | + | Email/Text: bankruptcy1@pffcu.org | Apr 11 2025 01:23:00 | Police and Fire Federal Credit Union, Greenwood One, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14488067 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 11 2025 01:23:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14485545 | | Email/Text: bnc-quantum@quantum3group.com | Apr 11 2025 01:23:00 | Quantum3 Group LLC as agent for, Cognical Holdings Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 14465580 | + | Email/Text: DeftBkr@santander.us | Apr 11 2025 01:23:00 | Santander Bank, N.A., 824 North Market Street, Suite 100, Wilmington, DE 19801-4937 |
| 14471139 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 11 2025 01:23:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, Tx 76161-0244 |
| 14620077 | ^ | MEBN | Apr 11 2025 01:22:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14459863 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 11 2025 01:23:00 | Verizon, POB 15124, Albany, NY 12212-5124 |
| 14489544 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 4 |
| Date Rcvd: Apr 10, 2025 | Form ID: 138OBJ | Total Noticed: 49 |

Apr 11 2025 01:39:36   Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14465559 | *+ | AT&T, 32 Avenue of the Americas, New York, NY 10013-2473 |
| 14488129 | *+ | AT&T, 32 Avenue of the Americas, New York, NY 10013-2473 |
| 14465557 | *+ | Acceptance Now, 5501 Headquartes, Plano, TX 75024-5837 |
| 14488127 | *+ | Acceptance Now, 5501 Headquartes, Plano, TX 75024-5837 |
| 14465558 | * | Aqua PA, 752 W. Lancaster Ave, Clifton Heights, PA 19018 |
| 14488128 | * | Aqua PA, 752 W. Lancaster Ave, Clifton Heights, PA 19018 |
| 14465560 | * | Capital One, P.O. Box 85617, Richmond, VA 23276-0001 |
| 14488130 | * | Capital One, P.O. Box 85617, Richmond, VA 23276-0001 |
| 14465561 | * | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14488131 | * | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14465562 | *+ | Diversified Consultants, 10550 Deerwood Park Blvd. 309, Jacksonville, FL 32256-2805 |
| 14488132 | *+ | Diversified Consultants, 10550 Deerwood Park Blvd. 309, Jacksonville, FL 32256-2805 |
| 14465563 | *+ | E-ZPassCustomer Service Center, POB 15185, Albany, NY 12212-5185 |
| 14488133 | *+ | E-ZPassCustomer Service Center, POB 15185, Albany, NY 12212-5185 |
| 14465564 | *+ | ERC, POB 57547, Jacksonville, FL 32241-7547 |
| 14488134 | *+ | ERC, POB 57547, Jacksonville, FL 32241-7547 |
| 14465565 | *+ | Furniture Mecca, 101 E. Venango Street, Philadelphia, PA 19134-1022 |
| 14488135 | *+ | Furniture Mecca, 101 E. Venango Street, Philadelphia, PA 19134-1022 |
| 14488136 | *+ | Great Eastern Resort Corporation, 2030 Deyerle Ave, Harrisonburg, VA 22801-3489 |
| 14465567 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14488137 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14465568 | *+ | Jefferson Capital Systems, LLC, c/o Hayt, Hayt & Landou, LLC, Meridian Center I, 2 Industrial Way West, Eatontown, NJ 07724-2265 |
| 14488138 | *+ | Jefferson Capital Systems, LLC, c/o Hayt, Hayt & Landou, LLC, Meridian Center I, 2 Industrial Way West, Eatontown, NJ 07724-2265 |
| 14465569 | * | Jefferson Health, POB 785992, Philadelphia, PA 19178-5992 |
| 14488139 | * | Jefferson Health, POB 785992, Philadelphia, PA 19178-5992 |
| 14465570 | * | Main Line Health, POB 780163, Philadelphia, PA 19178-0163 |
| 14488140 | * | Main Line Health, POB 780163, Philadelphia, PA 19178-0163 |
| 14465571 | *+ | Midland Funding, LLC, Daniel J. Santucci, Esquire, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 14488141 | *+ | Midland Funding, LLC, Daniel J. Santucci, Esquire, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 14488142 | * | Midland Mortgage, POB 268806, Oklahoma City, OK 73126-8806 |
| 14465573 | *+ | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14488143 | *+ | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14465574 | *+ | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14488144 | *+ | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14465575 | *+ | PENN Credit Corp., 916 S. 14th Street, Harrisburg, PA 17104-3425 |
| 14488145 | *+ | PENN Credit Corp., 916 S. 14th Street, Harrisburg, PA 17104-3425 |
| 14488146 | * | Police & Fire Federal Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14465577 | *+ | Portnoff Law Assoc., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14488147 | *+ | Portnoff Law Assoc., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14465578 | *+ | Professional Account Management, 633 W. Wisconsin Ave., Milwaukee, WI 53203-1920 |
| 14488148 | *+ | Professional Account Management, 633 W. Wisconsin Ave., Milwaukee, WI 53203-1920 |
| 14465579 | *+ | QVC, c/o GC Services, 600 Pennsylvania Ave., NW, Washington, DC 20580-0001 |
| 14488149 | *+ | QVC, c/o GC Services, 600 Pennsylvania Ave., NW, Washington, DC 20580-0001 |
| 14488150 | *+ | Santander Bank, N.A., 824 North Market Street, Suite 100, Wilmington, DE 19801-4937 |
| 14488151 | *+ | Sarah Hicks, via PASCDU, 25 S. Front St, Harrisburg, PA 17101-2081 |
| 14465582 | *+ | Upper Darby Township, 100 Garrett Rd., Upper Darby, PA 19082-3135 |
| 14488152 | *+ | Upper Darby Township, 100 Garrett Rd., Upper Darby, PA 19082-3135 |
| 14465583 | * | Verizon, POB 15124, Albany, NY 12212-5124 |
| 14488153 | * | Verizon, POB 15124, Albany, NY 12212-5124 |
| 14465584 | *+ | Wells Fargo Bank, MAC F8235-040, POB 5129, Des Moines, IA 50305 |
| 14488154 | *+ | Wells Fargo Bank, MAC F8235-040, POB 5129, Des Moines, IA 50305 |

| | | | |
|---|---|---|---|
| 14459848 | ##+ | | ERC, POB 57547, Jacksonville, FL 32241-7547 |
| 14459858 | ##+ | | PENN Credit Corp., 916 S. 14th Street, Harrisburg, PA 17104-3425 |

TOTAL: 0 Undeliverable, 51 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2025 at the address(es) listed below:

**Name**            **Email Address**

DENISE ELIZABETH CARLON
   on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
   on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
   on behalf of Creditor Upper Darby Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

SCOTT F. WATERMAN [Chapter 13]
   ECFMail@ReadingCh13.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
   on behalf of Debtor Anthony Devero Perlick@verizon.net
   pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com

ZACHARY PERLICK
   on behalf of Joint Debtor Lakesha S. Devero Perlick@verizon.net
   pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com

TOTAL: 7

*Form 138OBJ* (6/24)−doc 66 − 59

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Anthony Devero ) | Case No. 20−10587−amc |
| ) | |
| ) | |
|   Lakesha S. Devero ) | Chapter: 13 |
|   aka Lakiesha S. Graham ) | |
|    Debtor(s). ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 10, 2025                                                                                                  For The Court

                                                                                          Timothy B. McGrath
                                                                                         Clerk of Court