Anthony Devero
1615 N FELTON ST
PHILADELPHIA PA 19151

0012018271000011
United States Bankruptcy Court Eastern District of Pennsylvania
900 Market St # 400
Philadelphia PA 19107



FILED
JUL 21 2025
TIMOTHY McGRATH, CLERK
BY ___AC___ DEP. CLERK

## See Important Information Enclosed

Case 20-10587-amc    Doc 70    Filed 07/21/25    Entered 07/21/25 15:59:15    Desc Main
Document    Page 1 of 3

July 11, 2025

Anthony Devero
1615 N FELTON ST
PHILADELPHIA, PA 19151

United States Bankruptcy Court Eastern District of Pennsylvania
900 Market St # 400
Philadelphia, PA 19107

To whom it may concern,

Recently, after reviewing my credit report, I've noticed there is a Chapter 13 bankruptcy being reported to the credit agencies from this courthouse. I was unaware that the U.S Bankruptcy Court Eastern District of Pennsylvania reports sensitive and private information of consumers to the credit reporting agencies such as TransUnion, Equifax, Experian, LexisNexis and LCI; and that this private information is being reported without the consent of the consumer to whom it relates.

In this letter, I would like to formally request that you please confirm, in writing, that this courthouse has reported a chapter 13 bankruptcy, in connection with me, to the aforementioned credit reporting agencies. Also, can you please inform me of the method used by the person or department that has reported this bankruptcy?

Your prompt response would be very much appreciated. I look forward to hearing from you soon.

Thank you,
Anthony Devero
+1(267) 864-8089
Ant08dev@hotmail.com



# peco
AN EXELON COMPANY

Page 1 of 3

Name: **ANTHONY DEVERO**
Account Number: **0232953000**
Phone Number: 267-864-8089
Service Address: 1615 N Felton St, Philadelphia

**Emergency and Repair**
**800-841-4141**
This is the number to call to report power outages, gas leaks or odors, and safety hazards related to PECO Equipment.



- PECO ELECTRIC DELIVERY
- ELECTRIC SUPPLY
- TAXES & FEES

ELECTRIC $105.01

PECO
2301 MARKET STREET
PHILADELPHIA, PA 19103
800-494-4000
peco.com

**Billing Summary**
| | |
|---|---|
| Bill Date | 06/12/2025 |
| Charges/Credits from previous bill | $20.00 |
| Total Other Charges | $20.00 |

**Current Period Charges**
| | |
|---|---|
| Electric | $10.00 |
| Total New Charges | $10.00 |
| **Total Amount Due on 07/07/2025** | **$30.00** |

**General Information**
Next scheduled meter reading: 07/16/2025

**800-774-7040**
If you have any questions or concerns, please call 800-494-4000 before the due date. Si tiene alguna pregunta, favor de llamar al numero 800-494-4000 antes de la fecha de vencimiento.

**peco.com/service**
Customer Self Service - Manage Your Account 24/7
Start, stop and move your service

---

In Person: 2301 Market St., Philadelphia, PA 19103      By Phone: 800-774-7040
Online: peco.com
Return only this portion with your check made payable to PECO. Please write your account number on your check.
☐ Enroll in Automatic Payment. Complete form on reverse side.
☐ Pledge a donation to MEAF. Complete form on reverse side.

# peco
AN EXELON COMPANY
2301 Market Street
Philadelphia, PA 19103-1380

**Pay Today!**
peco.com/ebill
Go paperless: receive and pay your bill online.

Account # 0232953000     877-432-9384
Pay by phone, a convenience fee will apply.

| Please pay this amount by 07/07/2025 | $30.00 |
|---|---|
| Payment Amount | $ |

0002675 01 AV 0.54 **AUTO T0 0 8056 19151-343915  -C03-B1-P02677-I12 4

ANTHONY DEVERO
1615 N FELTON ST
PHILADELPHIA, PA 19151-3439



PECO - PAYMENT PROCESSING
PO BOX 37629
PHILADELPHIA PA 19101-0629

0232953000010000010518800030003